FLESCHNER BROS., INC., Appellant, *v.* CONSOLIDATED EDISON COMPANY OF NEW YORK, Respondent.

Argued October 17, 1952; decided November 20, 1952.

816

*Jonas J. Shapiro* and *Janet Perlman* for appellant.

*John J. Keegan, John D. Gray* and *William F. McCauley* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DYE and FROESSEL, JJ. DESMOND and FULD, JJ., dissent and vote to reverse the judgment of the Appellate Division and to affirm the judgment of Trial Term for the reasons specified in the opinion of Trial Term.